## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RENITA HARRIS | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 22-cv-415 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| *Defendant* | § | JURY DEMANDED |

## <u>INDEX OF DOCUMENTS FILED</u>
## <u>WITH REMOVAL ACTION</u>

A.    Plaintiff's Original Petition.
B.    Affidavit of Service.
C.    Defendant's Original Answer to Plaintiff's Original Petition.
D.    Defendant's Demand for Jury Trial.
E.    Plaintiff's March 29, 2022 First Supplemental 194.2(b) Initial Disclosures with production HARRIS 0024 to HARRIS 0062
F.    Affidavit of James K. Floyd
G.    List of Counsel.
H.    Case Summary.

# Exhibit A

FILED
11/12/2021 12:00 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin

CIT PPS

## 2021CI23649

CAUSE NO. _____

| | | |
|---|---|---|
| **RENITA HARRIS** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | Bexar County - 285th District Court |
| | § | |
| **v.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| **WAL-MART STORES TEXAS, LLC.** | § | |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff Renita Harris complains of Defendant Wal-Mart Stores Texas, LLC. (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1.     Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2.     The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Bexar County, Texas.

### Statement Regarding Monetary Relief Sought

3.     Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief up to $250,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff also unequivocally pleads that the amount in controversy in this matter does not exceed $75,000. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

### Parties

4.      Plaintiff is an individual residing in Bexar County, Texas.

5.      Defendant Wal-Mart Stores Texas, LLC. (hereinafter "Defendant"), is a Texas entity engaged in business in Bexar County, Texas. Defendant may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

### Facts

6.      This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about September 30, 2021. At that time, Plaintiff was an invitee at Defendant's store at 1603 Vance Jackson Rd., San Antonio, Tx 78213. Plaintiff was using Walmart's electric cart when it suddenly stopped and jerked her. Plaintiff attempted to continue shopping; however, the cart continued to jerk her back and forth. The malfunctioning cart caused the Plaintiff to suffer severe injuries to her head, neck, back and shoulder area. There were no warning signs indicating a possible cart malfunction. Plaintiff was not aware of the dangerous and defective condition.

7.      At the time of the incident in question, Plaintiff was an invitee of the Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

8.      Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to

2

inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

9.      Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

a.  Failure to maintain the premises, including the service of ride-on electric carts, in a reasonably safe condition;

b.  Failure to inspect the premises where the dangerous condition existed;

c.  Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;

d.  Failure to inform Plaintiff of the dangerous condition existing on the premises; and

e.  Other acts deemed negligent.

10.     Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

11.     Defendant was also negligent in that it failed to act as a reasonably prudent premise owner would act in the same or similar situation.

<u>**Damages**</u>

12.     As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

13.     By virtue of the actions and conduct of Defendant as set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

a.  Past and future medical expenses;

b.  Past and future pain, suffering and mental anguish;

c.  Past and future physical impairment;

d.  Past and future physical disfigurement; and

e.  Past lost wages and future loss of earning capacity.

3

14.     By reason of the above, Plaintiff is entitled to recover damages from Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

### Duty to Disclose

15.     Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

### Initial Disclosures

16.     Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

### Rule 193.7 Notice

17.     Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

### Jury Demand

18.     Plaintiff demands a trial by jury.

### Prayer

Plaintiff prays that this citation issues and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appears and answers, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre and post-judgment interest, all costs of Court, and all such other and further relief, to which she may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Michael Garatoni*
Michael Garatoni
Texas State Bar No. 24089685
9601 McAllister Freeway, Suite 916
San Antonio, Texas 78216
Telephone: (210) 526-0533
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

# Exhibit B

FILED
11/17/2021 2:59 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Mario Hernandez
Bexar County - 285th District Court

CAUSE NO. 2021CI23649

| | | |
|---|---|---|
| RENITA HARRIS | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | BEXAR COUNTY, TEXAS |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| Defendant. | § | 285TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on Nov 15, 2021, 2:27 pm,

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at 1999 BRYAN ST SUITE 900, DALLAS, TX 75201-3123 within the county of DALLAS at 12:06 PM on **Tue, Nov 16 2021**, by delivering a true copy to the within named

WAL-MART STORES TEXAS, LLC, BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM
accepted by Intake Specialist: Latoya Sterns

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
Certification Number: PSC-1689
Certification Expiration: 8/31/2022

BEFORE ME, a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON __11/16/2021__

Notary Public, State of Texas

MARIA M. SEGOVIA
My Notary ID # 129480220
Expires July 5, 2025

Copy from re:SearchTX

# Exhibit C

FILED
12/10/2021 9:56 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Teresa Diaz
Bexar County - 285th District Court

NO.: 2021CI23649

| RENITA HARRIS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC. | § | BEXAR COUNTY, TEXAS |

**DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WAL-MART STORES TEXAS, LLC., Defendant in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's Original Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendant asserts denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said Petition, and demands strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendant asserts that if Plaintiff suffered injuries as a result of the incident made the basis of this lawsuit, which Defendant expressly denies by the filing of this pleading, that said injuries were caused in whole or in part by Plaintiff's own negligence or responsibility. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

III.

Pleading further and without waiving the foregoing, Defendant asserts that Plaintiff's recovery of medical or health care expenses, if any, is limited to the amount actually paid or incurred by or on behalf of Plaintiff. Accordingly, Defendant asserts all rights, privileges and

remedies afforded or available to it pursuant to §41.0105 of the Texas Civil Practices and Remedies Code.

IV.

Pleading further and without waiving the foregoing, Defendant asserts that the incident in question was proximately caused or solely proximately caused by the negligent and/or wrongful conduct of persons or third parties outside the control of this Defendant. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available to it pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

V.

Pleading further and without waiving the foregoing, Defendant specifically reserves the right to amend this Answer, as is its right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, WAL-MART STORES TEXAS, LLC. prays that Plaintiff take nothing by this lawsuit, and that Defendant be allowed to go hence without day and recover all of their costs and attorneys' fees, and such other and further relief, both special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ *James K. Floyd*
James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES TEXAS, LLC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 10th day of December, 2021.

Michael Garatoni                                          Email: e-service@daspitlaw.com
DASPIT LAW FIRM
9601 McAllister Freeway, Suite 916
San Antonio, Texas 78216


/s/ *James K. Floyd*
James K. Floyd

# Exhibit D

FILED
12/10/2021 9:56 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Teresa Diaz
Bexar County - 285th District Court

NO.: 2021CI23649

| RENITA HARRIS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC. | § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW, Defendant WAL-MART STORES TEXAS, LLC. and hereby demands a jury trial as is their right under Tex. Const. Art. I, § 15. Such demand for jury trial is hereby made more than 30 days before the date this case is set for trial in accordance with Tex. R. Civ. P. 216. Defendant tenders the jury fee contemporaneously with the filing of this jury demand which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ *James K. Floyd*
James K. Floyd; TBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN: 24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES TEXAS, LLC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 10th day of December, 2021.

Michael Garatoni                                          Email: e-service@daspitlaw.com
DASPIT LAW FIRM
9601 McAllister Freeway, Suite 916
San Antonio, Texas 78216

/s/ *James K. Floyd*
James K. Floyd

# Exhibit E

CAUSE NO. 2021CI23649

| | | |
|---|---|---|
| RENITA HARRIS | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |
| | § | |

## PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURES

**TO:** ***Defendant, WAL-MART STORES TEXAS, LLC,*** by and through the attorneys of record, James K. Floyd and Elizabeth W. Yancy, DAW & RAY, LLP, 14100 San Pedro Ave., Suite 302, San Antonio, Texas 78232.

Plaintiff in the above-entitled and numbered cause, serves the following Initial Disclosures to Defendant, in accordance with Rule 194.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Michael H. Garatoni*
Michael H. Garatoni
Texas State Bar No. 24092958
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff's Initial Disclosures was served on all counsel of record in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on the 29th day of March 2022.

***Via e-mail: jfloyd@dawray.com and eyancy@dawray.com***
James K. Floyd
Elizabeth W. Yancy
DAW & RAY, LLP
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
Tel: (210) 224-3121
Fax: (210) 224-3188
E-mail: jfloyd@dawray.com
         eyancy@dawray.com
**ATTORNEYS FOR DEFENDANT**

*/s/ Michael H. Garatoni*
Michael H. Garatoni

## PLAINTIFF'S INITIAL DISCLOSURES

**Rule 194.2      Initial Disclosures**

1.       The correct names of the parties to the lawsuit

**RESPONSE:**

**Plaintiff believes the parties are correctly named.**

2.       The name, address, and telephone number of any potential parties.

**RESPONSE:**

**There are no other potential parties to this lawsuit.**

3.       The legal theories and, in general, the factual bases of your claims or defenses.

**RESPONSE:**

**This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about September 30, 2021. At that time, Plaintiff was an invitee at Defendant's store at 1603 Vance Jackson Rd., San Antonio, Tx 78213. Plaintiff was using Walmart's electric cart when it suddenly stopped and jerked her. Plaintiff attempted to continue shopping; however, the cart continued to jerk her back and forth. The malfunctioning cart caused the Plaintiff to suffer severe injuries to her head, neck, back and shoulder area. There were no warning signs indicating a possible cart malfunction. Plaintiff was not aware of the dangerous and defective condition.**

**At the time of the incident in question, Plaintiff was an invitee of the Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected  nor  warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.**

**Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.9. Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:**

      a.       **Failure to maintain the premises, including the service of ride-on electric carts, in a reasonably safe condition;**

      b.       **Failure to inspect the premises where the dangerous condition existed;**

c.      Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;

d.      Failure to inform Plaintiff of the dangerous condition existing on the premises; and

e.      Other acts deemed negligent.10. Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

Defendant was also negligent in that it failed to act as a reasonably prudent premise owner would act in the same or similar situation.

<u>Damages</u>

As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.  13. By virtue of the actions and conduct of Defendant as set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

a.      Past and future medical expenses;

b.      Past and future pain, suffering and mental anguish;

c.      Past and future physical impairment;

d.      Past and future physical disfigurement; and

e.      Past lost wages and future loss of earning capacity.

By reason of the above, Plaintiff is entitled to recover damages from Defendant in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

4.      The amount and any method of calculating economic damages.

**RESPONSE:**

Plaintiff's damages will be calculated by totaling the past and future medical expenses incurred as a result of the incident made the basis of this suit.  Plaintiff's past medical expenses will be supplemented when additional expenses are received. Plaintiff's physicians will offer opinions regarding the cost of Plaintiff's future medical care. All other areas of damages will be determined by the trier of the fact.

The method of calculating past medical bills will be by simple addition.  Following hereto are Plaintiff's total amount of medical bills in the past received to date:

| | |
|---|---:|
| MRI Centers of Texas | $2,554.00 |
| Baptist Emergency Hospital | $1,387.00 |
| Waltham Consultants PA | $282.00 |
| CareFor PA | $18,331.00 |
| | |
| Total To-Date | $22,554.00 |

Plaintiff will calculate lost wages and/or income by multiplying the numbers of hours and/or days missed from work by the corresponding hourly pay, and multiply the diminution in value of earnings, if any, by Plaintiff's reasonable work life expectancy, and a reasonable rate of inflation.

5.    The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case.

**RESPONSE:**

**Renita Harris**
**c/o Michael H. Garatoni**
**DASPIT LAW FIRM**
**440 Louisiana Street, Suite 1400**
**Houston, Texas 77002**
**Tel. 713-322-4878**
*Plaintiff*

**Wal-Mart Stores Texas, LLC**
**c/o James K. Floyd and Elizabeth W. Yancy**
**DAW & RAY, LLP**
**14100 San Pedro Ave., Suite 302**
**San Antonio, Texas 78232**
**Tel. 210-224-3121**
*Defendant*

**Additionally, all names listed in Defendant's Required Disclosure.**

**The following are non-retained medical providers who have provided care and treatment to Plaintiff:**

**MRI Centers of Texas**
**Lorenzo M. Farolan, MD**
**Medical Providers and/or**
**Custodian of Records**
**4400 Vance Jackson Rd.**
**San Antonio, Texas 78230**
**Tel. 210-468-2975**
*Healthcare Provider for Plaintiff*

**Baptist Emergency Hospital**
**Emily Pavlik, MD**
**Medical Providers**
**And/or Custodian of Records**
**8230 North 1604 West**
**San Antonio, Texas 78249**

(210) 572-8885
*Plaintiff's Healthcare Provider*

**CareFor PA**
**John Hall, D.O.**
**Donald Baxter, M.D.**
**Medical Providers and/or**
**Custodian of Records**
**7220 Louis Pasteur, Ste. 130**
**(210) 468-3440**

**Waltham Consultants P.A.**
**Lorenzo M. Farolan, MD**
**Medical Providers and/or**
**Custodian of Records**
**2612 Coernstone Blvd.**
**Edinburg, TX 78539**
**(956) 631-7777**

**Plaintiff will supplement additional information upon receipt.**

6.    A copy or a description by category and location of all documentation, electronically stored information, and tangible things that the responding party has in its possession, custody, or control, and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

**Please see attached.**

7.    Any indemnity and insuring agreements described in Rule 192.3(f).

**RESPONSE:**

**None.**

8.    Any settlement agreements described in Rule 192.3(g).

**RESPONSE:**

**None.**

9.    Any witness statements described in Rule 192.3(h).

**RESPONSE:**

None.

10.   In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

**RESPONSE:**

**Please see attached medical records.**

11.   In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by you, by virtue of an authorization furnished by the requesting party

**RESPONSE:**

**None.**

12.   The name, address, and telephone number of any person who may be designated as a responsible third party.

**RESPONSE:**

**Plaintiff is not aware of any responsible third parties.**

## MEDICAL RECORDS AFFIDAVIT

**Records Pertaining To:** HARRIS, RENITA
  **DOB:**
  **SSN:**
  **DOI:**

Before me, the undersigned authority, personally appeared Arely Salinas                  , who, being by me duly sworn, deposed as follows:

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement.

I am the custodian of records of Waltham Consultants P.A  and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

Attached are  2  pages of records. These are the original records or exact duplicates of the original records. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth.  The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.  The records were kept in the course of regularly conducted business activity. It is the regular practice of the business activity to make the records.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the  8th  day of  December , 20 21 .

_____
NOTARY PUBLIC

IVETTE FRANCO
NOTARY PUBLIC
STATE OF TEXAS
I.D. 132019251
EXP. 05-20-2023

HARRIS 0024



**MRI**
**Centers Of Texas**
MRI • X-Ray • CT

P.O. BOX 224852, DALLAS, TX 75222
(972)498-1961   Fax (972)498-1965

| | | | |
|---|---|---|---|
| **PATIENT ID:** | | **DATE OF BIRTH:** | |
| **PATIENT:** | HARRIS, RENITA | **AGE / SEX:** | y.o. / F |
| **DATE OF EXAM:** | 11/10/2021 | **REFERRING PHYSICIAN:** | Dr. JOHN HALL |

**Exam:**  MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**Clinical Information:**

**Technique:**
Sagittal and axial cuts using T1W, T2W and STIR sequences.

**Findings:**
The cervical lordotic curve and bone marrow signal are normal. Disc spaces are well maintained. Small osteophytes are seen anteriorly at C3-C4, C4-C5 and C5-C6. The odontoid process is intact. The cervical spinal cord is normal in size and signal intensity.

There is no evidence of fracture, dislocation, epidural hematoma or soft tissue mass.

At C1-C2, no abnormality is seen between the odontoid process of C2 and anterior arch of C1. The cranioverterbral junction is normal.  There is no evidence of Chiari malformation.

At C2-C3, there is no evidence of disc herniation or spinal stenosis.

At C3-C4, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but mainly in the central and paracentral region measuring 2.6 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

At C4-C5, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.4 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There is slight central spinal stenosis at this level. The central spinal canal measures 9 mm in AP diameter, (normal central spinal canal usually measures between 10-12 mm in AP diameter).

At C5-C6, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region

Page: 1 of 2

HARRIS 0025

ID:          Name: HARRIS, RENITA DOB:

measuring 3.1 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

At C6-C7, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more to the right measuring 2.6-2.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing slight to moderate right lateral recess and right foraminal stenosis.

At C7-T1, there is no evidence of disc herniation or spinal stenosis.

**Impression:**
A. At C6-C7, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more to the right measuring 2.6-2.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing slight to moderate right lateral recess and right foraminal stenosis.
B. At C4-C5, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.4 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There is slight central spinal stenosis at this level. The central spinal canal measures 9 mm in AP diameter, (normal central spinal canal usually measures between 10-12 mm in AP diameter).
C. At C5-C6, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.1 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.
D. At C3-C4, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but mainly in the central and paracentral region measuring 2.6 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

Digitally signed by: Dr. lorenzo m farolan on November 17, 2021 02:17:58 PM
Date Dictated: November 17, 2021
Date Transcribed: November 17, 2021 by hogla aleman
FINAL REPORT

HARRIS 0026

## BILLING RECORDS AFFIDAVIT

**Records Pertaining To:** HARRIS, RENITA
               **DOB:**
               **SSN:**
               **DOI:**

Before me, the undersigned authority, personally appeared Arely Salinas _____, who, being by me duly sworn, deposed as follows:

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement.

I am the custodian of records of Waltham Consultants P.A _____ and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

Attached are _1_ pages of records. These are the original records or exact duplicates of the original records. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth. The records were kept in the course of regularly conducted business activity. It is the regular practice of the business activity to make the records.

On the dates indicated on the attached records, Waltham Consultants P.A _____ provided services to HARRIS, RENITA _____. An itemized statement of the services and the charges for the services is attached to this affidavit and is part of this affidavit.

The services provided by Waltham Consultants P.A _____ were necessary and the amount charged for the services was reasonable at the time and place that the services were provided. The total amount paid for the services was $ _0.00_, and the amount currently unpaid but which Waltham Consultants P.A _____ has a right to be paid after any adjustments or credits is $ _283.00_.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _8th_ day of _December_, 20_21_.

_____
NOTARY PUBLIC

IVETTE FRANCO
NOTARY PUBLIC
STATE OF TEXAS
ID. 132019251
EXP. 05-20-2023

# Waltham Consultants, P.A.

2612 CORNERSTONE BLVD
EDINBURG, TX 78539
(956)631-7777

Page: 1                                                                                      11/30/2021

| Patient: | RENITA HARRIS |
|---|---|
| DOB | |
| Chart #: | HARRE002 |
| Case #: | 99832 |

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/2021 | Mri C/Spine W/Out | 72141-26 | 26 | M50.20 | | | | 1 | 282.00 |

<table>
<tr><td><b>Provider Information</b></td></tr>
<tr><td>Provider Name: WALTHAM</td></tr>
<tr><td>License:</td></tr>
<tr><td>Insurance PIN:</td></tr>
<tr><td>SSN or EIN:</td></tr>
</table>

| | |
|---|---|
| Total Charges: | $ 282.00 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| **Total Due This Visit:** | **$ 282.00** |
| Total Account Balance: | $ 282.00 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____        Date: _____

**HARRIS 0028**

**BILLING RECORDS AFFIDAVIT**

| | |
|---|---|
| **Records Pertaining To:** | **Renita Harris** |
| | **DOB:** |
| | **SSN:** |
| | **DOI:  09/30/2021** |

Before me, the undersigned authority, personally appeared ___Darlene O'Neal___, who, being by me duly sworn, deposed as follows:

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement.

I am the custodian of records of **CareFor PA** and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

Attached are __1__ pages of records. These are the original records or exact duplicates of the original records. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth.  The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.  The records were kept in the course of regularly conducted business activity. It is the regular practice of the business activity to make the records.

On the dates indicated on the attached records, **CareFor PA** provided services to _Renita Harris_.  An itemized statement of the services and the charges for the services is attached to this affidavit and is part of this affidavit.

The services provided by **CareFor PA** were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.  The total amount paid for the services was $____-0-_____ and the amount currently unpaid but which **CareFor PA** has a right to be paid after any adjustments or credits is $16,331.00 .

_Darlene O'Neal_
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 25th day of _March_, 2022.

JESSICA R EVANS
Notary Public, State of Texas
Comm. Expires 05-14-2025
Notary ID 13112706-5

_Jessica Evans_
NOTARY PUBLIC

HARRIS 0029

**CareFor PA**

7220 Louis Pasteur Ste 130
San Antonio, TX 78229-5434
(409) 839-4600

March 15, 2022

Federal ID:
NPI #

Patient #:                                    Employed By:
RENITA HARRIS
6831 ALAMO PARKWAY APT 1105
SAN ANTONIO, TX 78253

Claim Number:

Diagnosis For Accident On 09/30/21

| | |
|---|---|
| M62.838 | Other muscle spasm |
| M50.11 | Cervical disc disorder with radiculopathy, high cervical region |
| M50.121 | Cervical disc disorder at C4-C5 level with radiculopathy |
| M50.122 | Cervical disc disorder at C5-C6 level with radiculopathy |

| Date | Service Descriptions | Charge | Receipt | Total |
|---|---|---|---|---|
| 10/27/21 | 99203 NEW PATIENT EXPANDED EXAM | 875.00 | | 875.00 |
| 11/12/21 | 9921325 EST INTERMEDIATE EXAM | 478.00 | | 1353.00 |
| 11/12/21 | 20552 TRIGGER POINT INJ 1-2 MUSCLES | 1866.00 | | 3219.00 |
| 11/23/21 | 9921325 EST INTERMEDIATE EXAM | 478.00 | | 3697.00 |
| 11/23/21 | 62321 C/T INTERLAMINAR ESI- IMAGING INC | 4500.00 | | 8197.00 |
| 11/23/21 | J3301 KENALOG 60MG/ML - 6 units | 90.00 | | 8287.00 |
| 12/07/21 | 9921325 EST INTERMEDIATE EXAM | 478.00 | | 8765.00 |
| 12/07/21 | 6449050 C/T MEDIAL BRANCH BLOCK-1ST LVL | 5500.00 | | 14265.00 |
| 12/07/21 | 64491RT C/T MEDIAL BRANCH BLOCK-2ND LVL | 1375.00 | | 15640.00 |
| 12/07/21 | 64491LT C/T MEDIAL BRANCH BLOCK-2ND LVL | 1375.00 | | 17015.00 |
| 12/07/21 | J3301 KENALOG 60MG/ML - 6 units | 90.00 | | 17105.00 |
| 12/07/21 | S0020 MARCAINE HCI 0.25% - 75MG/30ML | 120.00 | | 17225.00 |
| 12/07/21 | Q9966 OMNIPAQUE 240MG/ML | 150.00 | | 17375.00 |
| 12/23/21 | 99213 EST INTERMEDIATE EXAM | 478.00 | | 17853.00 |
| 03/03/22 | 99213 EST INTERMEDIATE EXAM | 478.00 | | 18331.00 |
| | | $18331.00 | $0.00 | $18331.00 |

HARRIS 0030

**MEDICAL RECORDS AFFIDAVIT**

Records Pertaining To:   **Renita Harris**
                         **DOB:**
                         **SSN:**
                         **DOI:  09/30/2021**

Before me, the undersigned authority, personally appeared ___Darlene O'Neal___, who, being by me duly sworn, deposed as follows:

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement.

I am the custodian of records of **CareFor PA** and am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

Attached are __39__ pages of records. These are the original records or exact duplicates of the original records. The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth.  The records were made by, or from information transmitted by, persons with knowledge of the matters set forth.  The records were kept in the course of regularly conducted business activity. It is the regular practice of the business activity to make the records.

_Darlene O'Neal_
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _25th_ day of _March_, 2022.

_Jessica Evans_
NOTARY PUBLIC

JESSICA R EVANS
Notary Public, State of Texas
Comm. Expires 05-14-2025
Notary ID 13112706-5



# Carefor PA

### Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

---

## Pain Management Evaluation

Date of Evaluation:      October 27, 2021
Patient Name:            Renita Harris
Patient Sex:             Female
Date of Birth:
Date of Injury:          September 30, 2021
Procedure Performed By:  John Hall, D.O.

**HISTORY OF ACCIDENT:**
The patient is a      -year-old female who presents today with injuries sustained when she was driving an electric cart that stopped abruptly jerking her forward and backward.

**SYMPTOMS:**
Headaches of a moderate to severe level.

Neck pain of a moderate level.
Range of Motion was restricted upon flexion, extension, left lateral flexion, right lateral flexion, left rotation, and right rotation.
Muscle spasms contributed to the patient's pain and restricted range of motion.
Deep tendon reflexes were +2 bilaterally and motor strength was +5 bilaterally.

Left Shoulder pain of a moderate level.

Between Left Shoulder pain of a moderate level.

Left Arm pain of a moderate level.

Mid-Back pain of a moderate to severe level.

**ACTIVITIES OF DAILY LIVING:**
The patient states the following Activities of Daily Living are affected due to pain:
General activities, normal happy mood, enjoyment of life, unable to perform household chores, normal yard work is limited, unable to walk far distances, restful and restorative sleep is interrupted, difficulty transferring to and from the toilet, and difficulty bathing in a normal fashion.

1

HARRIS 0032

**SOCIAL HISTORY:**
Drinks caffeine
Has a high stress level

**FAMILY HISTORY:**
Divorced
Father deceased – natural causes
Mother deceased - cancer
6 Siblings alive
2 Siblings deceased
4 Children alive

**MEDICATIONS:**
Diclofenac
Hydrochlorothiazide

**NUTRITIONAL SUPPLEMENTS:**
Vitamin D3
Vitamin C
Elderberry
Zinc

**REVIEW OF SYMPTOMS:**

| | |
|---|---|
| Constitutional: | Weight gain |
| Eyes: | Wears glasses |
| Cardiovascular: | Chest pain, high blood pressure, and shortness of breath |
| Respiratory: | Denies all |
| Integumentary: | Breast lumps/pain |
| Gastrointestinal: | Abdominal pain and heartburn |
| Genitourinary: | Cramps and lack of bladder control |
| ENMT: | Sore throat and ringing in ears |
| Neurological: | Change in concentration |
| Psychiatric: | Denies all |
| Endocrine: | Denies all |
| Hematologic: | Denies all |
| Allergic/Immunologic: | Denies all |

**EXAM:**
**Physical Evaluation:**
Patient Vitals:   Height:   5' 9"   Weight:   284 lbs.   Temperature:   98.2⁰
Blood Pressure:   124/75   Pulse:   53
Vascular Evaluation:   Heart sounds – non-contributory. Rhythm – non-contributory.
General Sounds:   Lung sounds – non-contributory. Bowel sounds – non-contributory.
Allergies:   Codeine

HARRIS 0033

**ORTHOPEDIC TEST:**
Maximum Cervical Rotation was positive on the left.
Cervical Compression was positive bilaterally.

**DIAGNOSIS:**
Cervical
Cervical Spine Sprain / Strain
Muscle Spasms

**PLAN OF CARE:**
Based upon a reasonable degree of medical certainty, it is my professional opinion that the injuries
sustained as a result of this accident.

Cervical MRI ordered
Follow-up appointment scheduled

Sincerely,


John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/ac

HARRIS 0034



# Carefor PA

7220 Louis Pasteur, Ste. 130
San Antonio, TX 78229
210-468-3440 (phone)   210-468-3702 (fax)

Patient Name: Renita Harris          Date: 10·27·21

Patient Phone: _____       Birth Date: _____

## Diagnostic Referral

| | | | | |
|---|---|---|---|---|
| Brain | ○ MRI ○ CT ○ X-Ray | ○ with contrast | S00.83XA – Head Contusion   G44.309 Post Traumatic HA | |
| Cervical | ⊗ MRI ○ CT ○ X-Ray | ○ with contrast | S13.4XXA | |
| Thoracic | ○ MRI ○ CT ○ X-Ray | ○ with contrast | S23.3XXA | |
| Lumbar | ○ MRI ○ CT ○ X-Ray | ○ with contrast | S33.5XXA | |

| | | | | | Left | | Right | |
|---|---|---|---|---|---|---|---|---|
| ○ Left ○ Right | Shoulder | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S43.402A | Right | S43.401A |
| ○ Left ○ Right | Upper Arm | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S46.912A | Right | S46.911A |
| ○ Left ○ Right | Lower Arm | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S56.912A | Right | S56.911A |
| ○ Left ○ Right | Elbow | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S53.402A | Right | S53.401A |
| ○ Left ○ Right | Wrist | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S63.502A | Right | S63.601A |
| ○ Left ○ Right | Hand | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S63.92XA | Right | S63.91XA |
| ○ Left ○ Right | Hip | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S73.102A | Right | S73.101A |
| ○ Left ○ Right | Upper Leg | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S76.912A | Right | S76.911A |
| ○ Left ○ Right | Lower Leg | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S86.912A | Right | S86.911A |
| ○ Left ○ Right | Knee | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S83.92XA | Right | S83.91XA |
| ○ Left ○ Right | Ankle | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S93.402A | Right | S93.401A |
| ○ Left ○ Right | Foot | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | S93.602A | Right | S93.601A |
| ○ Left ○ Right | Other Area | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | | Right | |
| ○ Left ○ Right | Other Area | ○ MRI ○ CT ○ X-Ray | ○ with contrast | | Left | | Right | |

**Physical Therapy Referral:** ○ Evaluate ○ Treat

| | | | | | | |
|---|---|---|---|---|---|---|
| ○ Cervical | L R Shoulder | L R Upper Arm | L R Lower Arm | L R Elbow | L R Wrist | L R Hand |
| ○ Lumbar | L R Hip | L R Upper Leg | L R Lower Leg | L R Knee | L R Ankle | L R Foot |
| ○ Thoracic | | | | | | |

John Hall, D.O. _____          NPI: _____

Donald Baxter, M.D. _____      NPI: _____

James Slayton, D.O. _____      NPI: _____

Dean Parsons, D.C. _____       NPI: _____

HARRIS 0035



# Carefor PA

Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

## Pain Management Follow-Up Evaluation

Date of Evaluation:      November 12, 2021
Patient Name:            Renita Harris
Patient Sex:             Female
Date of Birth:
Date of Injury:          September 30, 2021
Procedure Performed By:  John Hall, D.O.

**HISTORY OF ACCIDENT:**
The patient is a    -year-old female who presents today with injuries sustained when she was driving an electric cart that stopped abruptly jerking her forward and backward.

**EXAM:**
**Physical Evaluation:**
Patient Vitals:  <u>Height</u>:  5' 9"  <u>Weight</u>:  286 lbs.  <u>Temperature</u>:  98.6⁰
                 <u>Blood Pressure</u>:  111/74  <u>Pulse</u>:  75
Vascular Evaluation:  Heart sounds – non-contributory. Rhythm – non-contributory.
General Sounds:       Respiration – 18. Lung sounds – non-contributory. Bowel sounds – non-contributory.
Allergies:            Codeine

SYMPTOMS
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

The patient reports continued limited daily activities due to pain.
Pain medication does help in alleviating the patient's pain.

1

HARRIS 0036

**MEDICATIONS:**
Diclofenac
Hydrochlorothiazide

**ORTHOPEDIC TEST:**
Maximum Cervical Rotation was positive on the left.
Cervical Compression was positive on the left.

**DIAGNOSIS:**
Cervical
Cervical Spine Sprain / Strain
Muscle Spasms

**PLAN OF CARE:**
Follow-up after MRI's are ready.
Trigger Point Injections - Cervical
Risks and benefits copy given
Follow-up appointment scheduled

Sincerely,


John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

2

HARRIS 0037



# Carefor PA

Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

## Pain Management Follow-Up Procedure Note

Date of Procedure:           November 12, 2021
Patient Name:                Renita Harris
Patient Sex:                 Female
Date of Birth:
Procedure Performed By:      John Hall, D.O.

**PROCEDURE PERFORMED TODAY:**
Trigger Point Injection @ Cervical Left Trapezius Muscles
**Anesthesia:**   local
**Allergies:**    Codeine

**JUSTIFICATION FOR PROCEDURE:**
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

**PROCEDURE TECHNIQUE:**
**(TPI) Trigger Point Injection: Cervical Left Trapezius Muscles**
Subjective Complaints: acute, pain, and tenderness
Objective Complaints: acute and moderate
Palpable Findings: muscle pain
Patient's Assessment: patient had restricted range of motion due to muscle spasm, acute, and muscle weakness
Plan of Care: follow-up in one weeks

The patient was brought into the procedure room and placed on the exam table. The cervical left trapezius muscles region was prepped in the usual sterile fashion. A 5ml syringe of 3ml of 1% Lidocaine HCI (10mg/ml) was prepared.

3

HARRIS 0038

**Trigger Point Injection (Continued)**
Using a 25G needle, the total volume of fluid was injected into the cervical left trapezius muscles without difficulty. The patient tolerated the procedure well, without complications.

Adverse Reaction:
None

| Medication | Lot Number | Expiration Date |
|---|---|---|
| Lidocaine | 22074DK | October 01, 2022 |

**Discharge instructions were given to the patient.**

Sincerely,


John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

4

HARRIS 0039

# CARE FOR PA

### Disclosure & Consent Medical Procedure

TO THE PATIENT: You have the right, as a patient, to be informed about your medical procedure, including the known risks. This disclosure is simply an effort to make you better informed so that you may give or withhold your consent for the procedure.

I voluntarily request my health care provider, and such associates, technical assistants and other health care providers as they may deem medically necessary, to treat my condition which has been explained to me as. I understand that the following procedures are deemed medically necessary for me and I voluntarily consent and authorize these procedures:

○Epidural Steroid Injection    ○Medical Branch Block    ○Intra-Articular Joint    ⊙Injection Trigger Point Injection

Diagnosis:    Discopathy ○Cervical ○Thoracic ○Lumbar
             ○Left ○Right _____    ○Left ○Right ___ (L) Cervical

Procedure(s):

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cervical ESI | ○Transforaminal ○Intralaminar | C1/2 | C2/3 | C3/4 | C4/5 | C5/6 | C6/7 | C7/T1 | |
| Thoracic ESI | ○Transforaminal ○Intralaminar | T1/2 | T2/3 | T3/4 | T4/5 | T5/6 | T6/7 | T7/8 T8/9 T9/10 T10/11 T11/12 | |
| Lumbar ESI | ○Transforaminal ○Intralaminar | T12/L1 | L1/2 | L2/3 | L3/4 | L4/5 | L5/S1 | | |

Medical Branch Block -  Levels: _____

Joint Injections
Intra-Articular Joint        ○Left ○Right ○ _____
○Intra-Articular Joint       ○Left ○Right ○ _____

I understand that another or different condition, which requires additional or different procedures, other than those planned may be discovered. I authorized my health care provider, associates, technical assistants and other health care provider to perform such procedures which are advisable in their professional judgement.

Risks:
I understand that some risks and hazards may occur in connection with the procedure.
Short term effects: Increase in blood sugar, increase in blood pressure, headaches, fever, facial flushing, temporary localized increase in pain, infection and bleeding at the injection site, sleeplessness for a few days, anxiety, stomach ulcers

With any anesthetic or procedure, there is always the possibility of an unexpected side effect or complication(s), such as an allergic reaction, nerve damage, heart attack or death.

I have been afforded the opportunity to discuss with my health care provider all risks, the potential benefits and hazzards, any alternative treatment and potential problems related to my procedure, as well as recuperation and the possible results of non-treatment. I fully understand all such risks and hazzards  agreed to proceed with the procedure my health care provider has deemed medically necessary. Should a hazzard arise, I further agree to mediate the cause with my health care provider. I further understand that no warranty or guarantee has been made to me as for the result of care.

I certify that my procedure(s) have been fully explained to me, that I have read this consent in it's entirety or I have had this consent read to me and I fully understand its contents.

_Renita Harris_
Patient Name Printed

_Renita Harris_ (signature)
Patient Signature

_11/12/2021_
Date

Disclosure & Consent

HARRIS 0040

## Trigger Point Injection Treatment Sheet

Date: 11-12-21

Patient Name: Renita Harris

History (ex. gradual - automobile accident - slip & fall):
electric cart accident

Diagnosis: neck pain

Left Upper Neck / Right Upper Neck

Left Shoulder Region / Left Upper Back / Right Shoulder Region / Right Upper Back

Left Mid Back / Right Mid Back

Left Low Back / Right Low Back

Buttock / Buttock

### Subjective Complaints

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ acute | ☐ chronic | _cervical_ | ☒ pain | ☒ tenderness | ☐ swelling |
| ☐ acute | ☐ chronic | _shoulder_ | ☐ pain | ☐ tenderness | ☐ swelling |
| ☐ acute | ☐ chronic | _upper back_ | ☐ pain | ☐ tenderness | ☐ swelling |
| ☐ acute | ☐ chronic | _mid back_ | ☐ pain | ☐ tenderness | ☐ swelling |
| ☐ acute | ☐ chronic | _low back_ | ☐ pain | ☐ tenderness | ☐ swelling |
| ☐ acute | ☐ chronic | _buttock_ | ☐ pain | ☐ tenderness | ☐ swelling |

Muscles Involved:
( check all that apply )
☐ Splenius Capitis  ☐ Splenius Cervicis  ☐ Levator Scapulae  ☐ Rhomboid Major  ☐ Rhomboid Minor  ☒ Trapezius
☐ Supraspinatus  ☐ Deltoid  ☐ Infraspinatus Fascia  ☐ Rhomboid  ☐ Teres Minor  ☐ Teres Major  ☐ Abdominal
☐ Latissimus Dorsi  ☐ Thorocolumbar Fascia  ☐ Gluteus Minimus  ☐ Gluteus Medius  ☐ Gluteus Maximus
☐ Paraspinal Muscles __C __T __L  ☐ Other _____

### Objective Complaints

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ acute | ☐ chronic | _cervical_ | ☐ mild | ☒ moderate | ☐ severe | ☐ very severe |
| ☒ acute | ☐ chronic | _shoulder_ | ☐ mild | ☐ moderate | ☐ severe | ☐ very severe |
| ☐ acute | ☐ chronic | _upper back_ | ☐ mild | ☐ moderate | ☐ severe | ☐ very severe |
| ☐ acute | ☐ chronic | _mid back_ | ☐ mild | ☐ moderate | ☐ severe | ☐ very severe |
| ☐ acute | ☐ chronic | _low back_ | ☐ mild | ☐ moderate | ☐ severe | ☐ very severe |
| ☐ acute | ☐ chronic | _buttock_ | ☐ mild | ☐ moderate | ☐ severe | ☐ very severe |

### Palpable Findings

| | | |
|---|---|---|
| ☐ Ligament Pain | ☐ Tendon Pain | ☒ Muscle Pain |
| ☐ Ligament Pain | ☐ Tendon Pain | ☐ Muscle Pain |
| ☐ Ligament Pain | ☐ Tendon Pain | ☐ Muscle Pain |
| ☐ Ligament Pain | ☐ Tendon Pain | ☐ Muscle Pain |
| ☐ Ligament Pain | ☐ Tendon Pain | ☐ Muscle Pain |
| ☐ Ligament Pain | ☐ Tendon Pain | ☐ Muscle Pain |

### Patient's Assessment

☒ Patient had restricted ROM due to Muscle Spasm
☐ Myositis -- ☒ Acute ☐ Chronic
☒ Muscle Weakness @ Cervical
☐ Parasthesia @ _____

### Patient's Plan of Care

☒ Follow up medical evaluation on 1 wk (date)
☐ Therapy -- _____ x's per week for _____ weeks
☐ Rehabilitation -- _____ x's per week for _____ weeks
Strengthen weak area, increase function and improve patient's ADL.

### Trigger Point Injections

☒ A 1½ inch 25 gauge needle was used to perform the injections
☒ Benefits and risks were discussed with the patient.

Signature: _____

### "Prior" Trigger Point Injections

☐ Were _____ % effective in reducing the patient's pain.
Write the percentage relief from symptoms the patient received.

E:\data\commonb\pt files \ blank originals \ trigger point form

HARRIS 0041



## Carefor PA

### Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

## Pain Management Follow-Up Evaluation

Date of Evaluation:       November 23, 2021
Patient Name:             Renita Harris
Patient Sex:              Female
Date of Birth:
Date of Injury:           September 30, 2021
Procedure Performed By:   John Hall, D.O.

**HISTORY OF ACCIDENT:**
The patient is a     -year-old female who presents today with injuries sustained when she was driving an electric cart that stopped abruptly jerking her forward and backward.

**PRIOR TREATMENT FOR THIS INJURY:**
Trigger Point Injection @ Cervical Left Trapezius Muscles

Adverse reaction to previous treatment:
None

**EXAM:**
**Physical Evaluation:**
Patient Vitals:  <u>Height</u>:  5' 9"   <u>Weight</u>:  286 lbs.   <u>Temperature</u>:  98.4⁰
                 <u>Blood Pressure</u>:  110/57   <u>Pulse</u>:  60
Vascular Evaluation:   Heart sounds – non-contributory. Rhythm – non-contributory.
General Sounds:        Respiration – 16. Lung sounds – non-contributory. Bowel sounds – non-contributory.
Allergies:             Codeine

SYMPTOMS
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

1

HARRIS 0042

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

The patient reports continued limited daily activities due to pain.
Pain medication does not help in alleviating the patient's pain.

**MEDICATIONS:**
Diclofenac
Hydrochlorothiazide

**ORTHOPEDIC TEST:**
Maximum Cervical Rotation was positive bilaterally.
Cervical Compression was positive bilaterally.

**DIAGNOSIS:**
Cervical
Cervical Disc Disorder with Radiculitis
Muscle Spasms

**MRI:**
**MRI Cervical Spine without Contrast- MRI Centers of Texas- November 10,2021**
Impression: A. At C6-C7, there is posterior protrusion-subligamentous disc herniation in the central and Lateral aspect in both sides, but more to the right measuring 2.6-2.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing slight to moderate right lateral recess and right foraminal stenosis. B. At C4-C5m there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.4 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There is slight central spinal stenosis at this level. The central spinal canal measures 9 mm in AP diameter, (normal central spinal canal usually measures between 10-12 mm in AP diameter). C. At C5-C6, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.1 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level. D. At C3-C4, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but mainly in the central and paracentral region measuring 2.6 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

**PLAN OF CARE:**
Interlaminar ESI – Cervical
Risks and benefits copy given
Follow-up appointment scheduled

HARRIS 0043

Sincerely,


John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

3

HARRIS 0044



## Carefor PA

### Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX    78229
210-468-3440 (phone) 210-468-3702 (fax)

## Pain Management Follow-Up Procedure Note

| | |
|---|---|
| Date of Procedure: | November 23, 2021 |
| Patient Name: | Renita Harris |
| Patient Sex: | Female |
| Date of Birth: | |
| Procedure Performed By: | John Hall. D.O. |

**PROCEDURE PERFORMED TODAY:**
Interlaminar Epidural Injection @ Cervical Midline C7-T1
**Anesthesia:**    local
**Allergies:**    Codeine

**JUSTIFICATION FOR PROCEDURE:**
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

**PROCEDURE TECHNIQUE:**
**Cervical Interlaminar ESI - Midline C7-T1**
The patient was identified and interviewed in the treatment room. The risks, benefits and alternatives to the procedure were discussed with the patient to include the risk of headache, infection, increased pain, hematoma and paralysis. The patient understands the risks and wishes to proceed. After informed consent was given, the patient was taken to the procedure room and placed on the fluoroscopic table in a prone position. When the patient was comfortable, the patient was sterilely draped. Once the patient was ready, the 3ml of 1% Lidocaine HCl (10mg/ml) – 50ml vial was injected into the subcutaneous tissue for anesthetic purposes. The patient tolerated the subcutaneous injection well. After the subcutaneous injection for anesthetic purposes was given, a 20G x 3.5" Touhy Needle was inserted into the midline C7-T1 epidural space. The space was confirmed by fluoroscopic scan.

4

HARRIS 0045

**Cervical Interlaminar ESI (Continued)**

In order to best localize the proper epidural space and side, fluoroscopy was utilized. Fluoroscopy was also utilized for safety reasons. An 8ml solution in a 10ml syringe consisting of 1ml of Kenalog (60mg/ml) – 30ml vial, 2ml of 1% Lidocaine HCl (10mg/ml) – 50ml vial, and 5ml normal saline was then injected into the cervical epidural space. The patient tolerated this well with no hematoma, no paresthesia, and showed a needle place in the appropriate epidural space. Contrast was injected which revealed a typical epidural pattern with no evidence of leak of contrast into a vacuolar structure or subarachnoid space at final needle placement. After the procedure, the patient was transferred to the observation room in good condition.

Adverse Reaction:
None

| Medication | Lot Number | Expiration Date |
|---|---|---|
| Lidocaine | 22074DK | October 01, 2022 |
| Kenalog | 080920219173312 | February 05, 2022 |

**Discharge instructions were given to the patient.**

Sincerely,


John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

5

HARRIS 0046

# CARE FOR PA          Disclosure & Consent - Medical Procedure

TO THE PATIENT: You have the right, as a patient, to be informed about your medical procedure, including the known risks. This disclosure is simply an effort to make you better informed so that you may give or withhold your consent for the procedure.

I voluntarily request my health care provider, and such associates, technical assistants and other health care providers as they may deem medically necessary, to treat my condition which has been explained to me as. I understand that the following procedures are deemed medically necessary for me and I voluntarily consent and authorize these procedures:

✓Epidural Steroid Injection   ○Medical Branch Block   ○Intra-Articular Joint   ○Injection Trigger Point Injection

Diagnosis:       Discopathy ✓Cervical ○Thoracic ○Lumbar
                 ○Left ○Right_____        ○Left ○Right_____

Procedure(s):
**Cervical ESI**    ○Transforaminal ✓Intralaminar    C1/2  C2/3  C3/4  C4/5  C5/6  C6/7  C7/T1
**Thoracic ESI**    ○Transforaminal ○Intralaminar    T1/2  T2/3  T3/4  T4/5  T5/6  T6/7  T7/8  T8/9  T9/10  T10/11  T11/12
**Lumbar ESI**      ○Transforaminal ○Intralaminar    T12/L1  L1/2  L2/3  L3/4  L4/5  L5/S1
Medical Branch Block -  Levels:_____

**Joint Injections**
Intra-Articular Joint      ○Left ○Right ○_____
○Intra-Articular Joint     ○Left ○Right ○_____

I understand that another or different condition, which requires additional or different procedures, other than those planned may be discovered. I authorized my health care provider, associates, technical assistants and other health care provider to perform such procedures which are advisable in their professional judgement.

**Risks:**
I understand that some risks and hazards may occur in connection with the procedure.
Short term effects: Increase in blood sugar, increase in blood pressure, headaches, fever, facial flushing, temporary localized increase in pain, infection and bleeding at the injection site, sleeplessness for a few days, anxiety, stomach ulcers

With any anesthetic or procedure, there is always the possibility of an unexpected side effect or complication(s), such as an allergic reaction, nerve damage, heart attack or death.

I have been afforded the opportunity to discuss with my health care provider all risks, the potential benefits and hazzards, any alternative treatment and potential problems related to my procedure, as well as recuperation and the possible results of non-treatment. I fully understand all such risks and hazzards  agreed to proceed with the procedure my health care provider has deemed medically necessary. Should a hazzard arise, I further agree to mediate the cause with my health care provider. I further understand that no warranty or guarantee has been made to me as for the result of care.

I certify that my procedure(s) have been fully explained to me, that I have read this consent in it's entirety or I have had this consent read to me and I fully understand its contents.

_Renita Harris_
Patient Name Printed

_11-23-21_
Date

X _Reni Harris_
Patient Signature

Disclosure & Consent

**HARRIS 0047**

Patient Name: Harris, Renita          Date: 11-23-2021

## Fluoroscopy Image



HARRIS 0048



## Carefor PA

Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

### Pain Management Follow-Up Evaluation

Date of Evaluation:        December 07, 2021
Patient Name:              Renita Harris
Patient Sex:               Female
Date of Birth:
Date of Injury:            September 30, 2021
Procedure Performed By:    John Hall, D.O.

**HISTORY OF ACCIDENT:**
The patient is a     -year-old female who presents today with injuries sustained when she was driving an electric cart that stopped abruptly jerking her forward and backward.

**PRIOR TREATMENT FOR THIS INJURY:**
Interlaminar Epidural Injection @ Cervical Midline C7-T1

Adverse reaction to previous treatment:
None

**EXAM:**
**Physical Evaluation:**
Patient Vitals:  <u>Height</u>:   5' 9"   <u>Weight</u>:   281 lbs.   <u>Temperature</u>:   98.2º
                 <u>Blood Pressure</u>:  118/60   <u>Pulse</u>:   55
Vascular Evaluation:   Heart sounds – non-contributory. Rhythm – non-contributory.
General Sounds:        Respiration – 16. Lung sounds – non-contributory. Bowel sounds – non-contributory.
Allergies:             Codeine

SYMPTOMS
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

1

HARRIS 0049

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

The patient reports continued limited daily activities due to pain.
Pain medication does help in alleviating the patient's pain.

**MEDICATIONS:**
Diclofenac
Hydrochlorothiazide

**ORTHOPEDIC TEST:**
Maximum Cervical Rotation was positive on the left.
Cervical Compression was positive on the left.

**DIAGNOSIS:**
Cervical
Cervical Disc Disorder with Radiculitis
Muscle Spasms

**PLAN OF CARE:**
The patient has had minimal relief with epidural steroid injections received. Today patient agrees to proceed with medial branch block injection to the cervical spine at C4-5 and C5-6.

The medial branch block injections were done to the cervical spine at C4-5 and C5-6.

Medial Branch Block Injection - Cervical
Risks and benefits copy given
Follow-up in two weeks
Follow-up appointment scheduled

Sincerely,

John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

2

HARRIS 0050



# Carefor PA

Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

---

## Pain Management Follow-Up Procedure Note

Date of Procedure:        December 07, 2021
Patient Name:             Renita Harris
Patient Sex:              Female
Date of Birth:
Procedure Performed By:   John Hall, D.O.

**PROCEDURE PERFORMED TODAY:**
Medial Branch Block Injection @ Cervical Left and Right C4-5 and C5-6
**Anesthesia:**   local
**Allergies:**    Codeine

**JUSTIFICATION FOR PROCEDURE:**
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

**PROCEDURE TECHNIQUE:**
**Cervical Medial Branch Block – Left C4-5 and C5-6**
Lying in a prone position, the patient was prepped and draped in the usual sterile fashion. Each site was identified under fluoroscopy. The patient then had 1.5ml of 1% Lidocaine HCl (10mg/mL) was injected into subcutaneous tissue for anesthetic reasons. The patient tolerated this well. The 22G x 3.5" Tuohy needle was advanced to the anatomic location of each medial branch at the junction of the superior articular process and transverse process utilizing intermittent fluoroscopy. There were no signs of blood or cerebrospinal fluid on gentle aspiration. Then 0.5ml of contrast medium (Omnipaque 240 mg/mL) was slowly injected under fluoroscopy to reconfirm needle placement. After correct needle placement, 1ml of saline and 0.5ml of Kenalog (60mg/mL) and 1.5ml of Marcaine (75mg/mL) was injected to the appropriate levels. This is to include the **left C4-5 and C5-6.**

HARRIS 0051

**Cervical Medial Branch Block – Left (Continued)**

The patient tolerated the injections well and was told to ice the neck tonight for about 15 minutes. **PRECAUTIONS:** As with all injections, the patient was explained of all the potential benefits and risks of the injection process today. The patient was also told to call the office immediately if side effects take place; for example, if breathing problems take place after treatment, the patient should immediately go to an emergency room for evaluation. If a headache develops, the patient was instructed to call the office immediately.

**Cervical Medial Branch Block – Right C4-5 and C5-6**

Lying in a prone position, the patient was prepped and draped in the usual sterile fashion. Each site was identified under fluoroscopy. The patient then had 1.5ml of 1% Lidocaine HCI (10mg/mL) was injected into subcutaneous tissue for anesthetic reasons. The patient tolerated this well. The 22G x 3.5" Tuohy needle was advanced to the anatomic location of each medial branch at the junction of the superior articular process and transverse process utilizing intermittent fluoroscopy. There were no signs of blood or cerebrospinal fluid on gentle aspiration. Then 0.5ml of contrast medium (Omnipaque 240 mg/mL) was slowly injected under fluoroscopy to reconfirm needle placement. After correct needle placement, 1ml of saline and 0.5ml of Kenalog (60mg/mL) and 1.5ml of Marcaine (75mg/mL) was injected to the appropriate levels. This is to include the **right C4-5 and C5-6.** The patient tolerated the injections well and was told to ice the neck tonight for about 15 minutes. **PRECAUTIONS:** As with all injections, the patient was explained of all the potential benefits and risks of the injection process today. The patient was also told to call the office immediately if side effects take place; for example, if breathing problems take place after treatment, the patient should immediately go to an emergency room for evaluation. If a headache develops, the patient was instructed to call the office immediately.

Adverse Reaction:
None

| Medication | Lot Number | Expiration Date |
|---|---|---|
| Lidocaine | EM9818 | January 01, 2023 |
| Marcaine | CBU210046 | March 2023 |
| Kenalog | 080920219173312 | February 05, 2022 |
| Omnipaque | 14746068 | August 22, 2022 |

**Discharge instructions were given to the patient.**

Sincerely,

John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

4

HARRIS 0052

## CARE FOR PA       Disclosure & Consent Medical Procedure

TO THE PATIENT: You have the right, as a patient, to be informed about your medical procedure, including the known risks. This disclosure is simply an effort to make you better informed so that you may give or withhold your consent for the procedure.

I voluntarily request my health care provider, and such associates, technical assistants and other health care providers as they may deem medically necessary, to treat my condition which has been explained to me as. I understand that the following procedures are deemed medically necessary for me and I voluntarily consent and authorize these procedures:

○Epidural Steroid Injection   ✗Medical Branch Block   ○Intra-Articular Joint   ○Injection Trigger Point Injection

Diagnosis:      Discopathy ✗Cervical ○Thoracic ○Lumbar
                ○Left ○Right _____        ○Left ○Right _____

Procedure(s):

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cervical ESI | ○Transforaminal ○Intralaminar | C1/2 | C2/3 | C3/4 | C4/5 | C5/6 | C6/7 | C7/T1 | | |
| Thoracic ESI | ○Transforaminal ○Intralaminar | T1/2 | T2/3 | T3/4 | T4/5 | T5/6 | T6/7 | T7/8 | T8/9 | T9/10 T10/11 T11/12 |
| Lumbar ESI | ○Transforaminal ○Intralaminar | T12/L1 | L1/2 | L2/3 | L3/4 | L4/5 | L5/S1 | | | |

Medical Branch Block - Levels: ___C4-C5,   C5-C6___
                                      (B)      (B)

Joint Injections
Intra-Articular Joint      ○Left ○Right ○_____
○Intra-Articular Joint     ○Left ○Right ○_____

I understand that another or different condition, which requires additional or different procedures, other than those planned may be discovered. I authorized my health care provider, associates, technical assistants and other health care provider to perform such procedures which are advisable in their professional judgement.

Risks:
I understand that some risks and hazards may occur in connection with the procedure.
Short term effects: Increase in blood sugar, increase in blood pressure, headaches, fever, facial flushing, temporary localized increase in pain, infection and bleeding at the injection site, sleeplessness for a few days, anxiety, stomach ulcers

With any anesthetic or procedure, there is always the possibility of an unexpected side effect or complication(s), such as an allergic reaction, nerve damage, heart attack or death.

I have been afforded the opportunity to discuss with my health care provider all risks, the potential benefits and hazzards, any alternative treatment and potential problems related to my procedure, as well as recuperation and the possible results of non-treatment. I fully understand all such risks and hazzards  agreed to proceed with the procedure my health care provider has deemed medically necessary. Should a hazzard arise, I further agree to mediate the cause with my health care provider. I further understand that no warranty or guarantee has been made to me as for the result of care.

I certify that my procedure(s) have been fully explained to me, that I have read this consent in it's entirety or I have had this consent read to me and I fully understand its contents.

_Renita Harris_
Patient Name Printed

_Rru Ha_
Patient Signature

_12.7.21_
Date

Disclosure & Consent

Patient Name: _Harris, Renita_    Date: _12-07-2021_

## Fluoroscopy Image







**HARRIS 0054**

Patient Name: Harris, Renita                    Date: 12-07-2021

# Fluoroscopy Image

PATIENT : harrisrenita ( Harris Renita ) / F /
EXAM : EX20211207113855 ( created at 2021 12 07 11 39:20 )
OPER. : OP / PERFORM. : / REFER. :



PATIENT : harrisrenita ( Harris Renita ) / F /
EXAM : EX20211207113855 ( created at 2021 12 07 11 39:20 )
OPER. : OP / PERFORM. : / REFER. :



HARRIS 0055



# Carefor PA

Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX   78229
210-468-3440 (phone) 210-468-3702 (fax)

## Pain Management Follow-Up Evaluation

Date of Evaluation:          December 23, 2021
Patient Name:                Renita Harris
Patient Sex:                 Female
Date of Birth:
Date of Injury:              September 30, 2021
Procedure Performed By:      John Hall, D.O.

**HISTORY OF ACCIDENT:**
The patient is a      year-old female who presents today with injuries sustained when she was driving an electric cart that stopped abruptly jerking her forward and backward.

**PRIOR TREATMENT FOR THIS INJURY:**
Medial Branch Block Injection @ Cervical Left and Right C4-5 and C5-6

Adverse reaction to previous treatment:
None

**EXAM:**
**Physical Evaluation:**
Patient Vitals: <u>Height:</u>  5' 9"  <u>Weight:</u>  278 lbs.  <u>Temperature:</u>  98.4⁰
                   <u>Blood Pressure:</u>  131/74  <u>Pulse:</u>  75
Vascular Evaluation:   Heart sounds – non-contributory. Rhythm – non-contributory.
General Sounds:        Respiration – 16. Lung sounds – non-contributory. Bowel sounds – non-contributory.
Allergies:             Codeine

SYMPTOMS
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

1

HARRIS 0056

CERVICAL
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

The patient reports continued limited daily activities due to pain.
Pain medication does not help in alleviating the patient's pain.

**MEDICATIONS:**
Diclofenac
Hydrochlorothiazide

**ORTHOPEDIC TEST:**
Cervical Compression was positive bilaterally.

**DIAGNOSIS:**
Cervical
Cervical Disc Disorder with Radiculitis
Muscle Spasms

**PLAN OF CARE:**
The medial branch block injection to the cervical spine at bilateral C4-6 were efficacious. I recommend rhizotomy at bilateral C4-5 and C5-6. Patient will be referred for an orthopedic consultation.

Follow-up appointment scheduled

Sincerely,


John Hall, D.O.
Transcribed - subject to dictation and transcription variance.
JH/af

2

HARRIS 0057



# Carefor PA

Orthopedic and Pain Management Specialists
7220 Louis Pasteur, Ste. 130
San Antonio, TX 78229
210-468-3440 (phone) 210-468-3702 (fax)

---

## Orthopedic Follow-Up Evaluation

Date of Evaluation:     March 03,2022
Patient Name:     Renita Harris
Patient Sex:     Female
Date of Birth:
Date of Injury:
Procedure Performed By:     Donald Baxter, M.D.

**HISTORY OF ACCIDENT**:
The patient is a     year-old female who presents today with injuries sustained when she was driving an electric cart that stopped abruptly jerking her forward and backward.

**EXAM**:
**Physical Evaluation**:
Patient Vitals:  <u>Height</u>:  5' 9"  <u>Weight</u>:  277 lbs.  <u>Temperature</u>:  98.4⁰
               <u>Blood Pressure</u>:  142/88  <u>Pulse</u>:  78
Vascular Evaluation:  Heart sounds – non-contributory. Rhythm – non-contributory.
General Sounds:     Respiration – 12. Lung sounds – non-contributory.
               Bowel sounds – non-contributory.
Allergies:     Codeine

SYMPTOMS
Neck, Left Shoulder, Between Left Shoulder, Left Arm, Mid-Back Pain and Headaches

CERVICAL
Range of Motion - restricted
Muscle Spasms – contributed to the patient's restricted range of motion
Pain – contributed to the patient's restricted range of motion

The patient reports continued limited daily activities due to pain.
Pain medication does aid in alleviating the patient's pain.

HARRIS 0058

**MEDICATIONS:**
Diclofenac
Hydrochlorothiazide

**ORTHOPEDIC TEST:**
Cervical Compression was positive bilaterally.

**DIAGNOSIS:**
Cervical
Cervical Disc Disorder with Radiculitis
Muscle Spasms

**MRI:**
**MRI Cervical Spine without Contrast- MRI Centers of Texas- November 10,2021**
Impression: A. At C6-C7, there is posterior protrusion-subligamentous disc herniation in the central
and Lateral aspect in both sides, but more to the right measuring 2.6-2.9 mm in AP diameter,
indenting the thecal sac, touching the spinal cord, causing slight to moderate right lateral recess and
right foraminal stenosis. B. At C4-C5m there is posterior protrusion-subligamentous disc herniation
in the central and lateral aspect in both sides, but more prominent in the central and paracentral
region measuring 3.4 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There
is slight central spinal stenosis at this level. The central spinal canal measures 9 mm in AP diameter,
(normal central spinal canal usually measures between 10-12 mm in AP diameter). C. At C5-C6, there
is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides,
but more prominent in the central and paracentral region measuring 3.1 mm in AP diameter,
indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.
D. At C3-C4, there is posterior protrusion-subligamentous disc herniation in the central and lateral
aspect in both sides, but mainly in the central and paracentral region measuring 2.6 mm in AP
diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis
at this level.

**PLAN OF CARE:**
Based upon a reasonable degree of medical certainty, it is my professional opinion that the injuries
sustained as a result of this accident.

The patient's cervical spine was seen today. She has received epidural steroid injections and medial
branch block injections in this spinal region. It is my professional opinion, based on examination and
MRI findings that this patient would benefit from a rhizotomy to the cervical bilateral at C3-4, C4-5,
C5-6, and C6-7.

Sincerely,


D.E. Baxter, M.D
Orthopedic Surgeon
DEB/hg
Transcribed, not read -subject to dictation and transcription variance.

2

HARRIS 0059

Carefor

**Patient Name:**     **RENITA HARRIS**

## Bilateral Cervical/Thoracic Spine - 4 Levels
Cervical Bilateral Destruction of the Nerolytic Agent by Radiofrequency Ablation

| Bilateral Spinal Regions | CPT Code | Spinal Level | Spinal Region Left & Right Side | Modifier Bilateral | Charges |
|---|---|---|---|---|---|
| Cervical Spine - Level 1 | 64633 | C3-4 | left & right side | 50 | 30,000.00 |
| Cervical Spine - Level 2 | 64634 | C4-5 | left & right side | RT/LT | 15,000.00 |
| Cervical Spine - Level 3 | 64634 | C5-6 | left & right side | RT/LT | 15,000.00 |
| Cervical Spine - Level 4 | 64634 | C6-7 | left & right side | RT/LT | 15,000.00 |
| Supply Cost - No medications | 99070 | | | | 400.00 |
| | | | | Total Cost of Procedure | 75,400.00 |

| Other Related Expenses | Units | Medication Disclaimer |
|---|---|---|
| Lidocaine | J2001 | The medications noted to the list are the medications used by the providers. The medication(s) used will vary patient to patient, therefore, the medication cost will vary patient to patient and provider to provider. These expenses should not cost over $500.00 for the overall procedure. |
| Kenalog | J3001 | |
| Marcaine | S0020 | |
| Dexamethasone | J1100 | |
| Omnipaque | Q9966 | |

| Post Op Rehab - 2 times per week for 4 to 6 weeks | |
|---|---|
| 1 | The above stated fee covers the above listed procedure and a follow-up visit within 10 days. |
| 2 | The above stated fee does not include any additional procedure(s) that may be performed on the same date. Estimate does not include the cost of hardware. |
| 3 | This is an estimate only. The procedure has not been performed. This estimate does not take into account any unforeseen complications or adverse reactions which are an inherent risk in this type of surgery contemplated for the injures presented in the attached reports. |

Donald Baxter, M.D.
Orthopedic Surgeon

HARRIS 0060



From MRI Centers of T{ ; 1.832.426.7716 Fri Nov 19 08:19:31{ ¿1 MST Page 1 of 2



MRI
Centers Of Texas
MRI • X-Ray • CT

P.O. BOX 224857, DALLAS, TX 75222
(972)498-1961  Fax (972)498-1965

**PATIENT ID:**

**PATIENT:** HARRIS, RENITA

**DATE OF EXAM:** 11/10/2021

**DATE OF BIRTH:**

**AGE / SEX:**

**REFERRING PHYSICIAN:** Dr. JOHN HALL

**Exam:** MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**Clinical Information:**

**Technique:**
Sagittal and axial cuts using T1W, T2W and STIR sequences.

**Findings:**
The cervical lordotic curve and bone marrow signal are normal. Disc spaces are well maintained. Small osteophytes are seen anteriorly at C3-C4, C4-C5 and C5-C6. The odontoid process is intact. The cervical spinal cord is normal in size and signal intensity.

There is no evidence of fracture, dislocation, epidural hematoma or soft tissue mass.

At C1-C2, no abnormality is seen between the odontoid process of C2 and anterior arch of C1. The craniovertebral junction is normal.  There is no evidence of Chiari malformation.

At C2-C3, there is no evidence of disc herniation or spinal stenosis.

At C3-C4, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but mainly in the central and paracentral region measuring 2.6 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

At C4-C5, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.4 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There is slight central spinal stenosis at this level. The central spinal canal measures 9 mm in AP diameter, (normal central spinal canal usually measures between 10-12 mm in AP diameter).

At C5-C6, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.1 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

Page: 1 of 2

HARRIS 0061

ame: HARRIS, RENITA DOB:

At C6-C7, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more to the right measuring 2.6-2.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing slight to moderate right lateral recess and right foraminal stenosis.

At C7-T1, there is no evidence of disc herniation or spinal stenosis.

**Impression:**
A. At C6-C7, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more to the right measuring 2.6-2.9 mm in AP diameter, indenting the thecal sac, touching the spinal cord, causing slight to moderate right lateral recess and right foraminal stenosis.
B. At C4-C5, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.4 mm in AP diameter, indenting the thecal sac, indenting the spinal cord. There is slight central spinal stenosis at this level. The central spinal canal measures 9 mm in AP diameter, (normal central spinal canal usually measures between 10-12 mm in AP diameter).
C. At C5-C6, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but more prominent in the central and paracentral region measuring 3.1 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.
D. At C3-C4, there is posterior protrusion-subligamentous disc herniation in the central and lateral aspect in both sides, but mainly in the central and paracentral region measuring 2.6 mm in AP diameter, indenting the thecal sac, touching the spinal cord. There is no evidence of spinal stenosis at this level.

Digitally signed by: Dr. lorenzo m farolan on November 17, 2021 02:17:58 PM
Date Dictated: November 17, 2021
Date Transcribed: November 17, 2021 by hogla aleman
FINAL REPORT

HARRIS 0062

# Exhibit F

NO.: 2021CI23649

| RENITA HARRIS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 285TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC. | § | BEXAR COUNTY, TEXAS |

## AFFIDAVIT OF JAMES K. FLOYD

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

COMES NOW, James K. Floyd, known by me to be the person whose name is subscribed below, and after first being duly sworn upon his oath, deposed and stated as follows:

"My name is James K. Floyd, and I am over the age of eighteen (18) and of sound mind, fully capable of making this affidavit."

"I am the lead counsel for Defendant in the above-referenced matter."

"In the course and scope of my duties, I have personal knowledge of Plaintiff's First Supplemental 194.2(b) Initial Disclosures and enclosed production Bates Stamped HARRIS 0024 to HARRIS 0070 served by Michael H. Garatoni, Counsel for Plaintiff, to Defendant on March 29, 2022, via email transmission."

"The copy of Plaintiff's First Supplemental 194.2(b) Initial Disclosures attached as Exhibit "E" to Defendant Wal-Stores Texas, LLC's Notice of Removal, are a true and correct copy of Plaintiff's First Supplemental 194.2(b) Initial Disclosures and selected production Bates Stamped HARRIS 0024 to HARRIS 0062 served by Michael H. Garatoni, Counsel for Plaintiff, to Defendant on March 29, 2022 via email transmission."

"Further Affiant sayeth not."

SIGNED on this the 28th day of April, 2022.

_____
James K. Floyd

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, on this the 28th day of April, 2022, to certify which witness my hand and seal of office.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS
My Commission Expires: _____

Janice Delgado
Notary Public, State of Texas
Comm. Expires 11/29/2024
Notary ID 750157-1

# Exhibit G

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RENITA HARRIS | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 22-cv-415 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| *Defendant* | § | JURY DEMANDED |

## <u>LIST OF COUNSEL OF RECORD</u>

1.  Michael H. Garatoni; SBN: 24092958
    Email: mgaratoni@daspitlaw.com; e-service@daspitlaw.com
    DASPIT LAW FIRM
    440 Louisiana St., Suite 1400
    Houston, Texas 77002
    (713) 588-0383 Telephone
    (713) 587-9086 Facsimile
    and
    DASPIT LAW FIRM
    9601 McAllister Freeway, Suite 916
    San Antonio, Texas 78216
    **ATTORNEYS FOR PLAINTIFF,
    RENITA HARRIS**


2.  James K. Floyd; SBN: 24047628
    Email: jfloyd@dawray.com
    Elizabeth W. Yancy; SBN: 24098642
    Email: eyancy@dawray.com
    DAW & RAY, LLP
    14100 San Pedro, Suite 302
    San Antonio, Texas 78232
    (210) 224-3121 Telephone
    (210) 224-3188 Facsimile
    **ATTORNEY FOR DEFENDANT,
    WAL-MART STORES TEXAS, LLC**

# Exhibit H

285th District Court

# Case Summary

### Case No. 2021CI23649

| | | |
|---|---|---|
| **Renita Harris VS Wal-Mart Stores Texas, LLC** | § | Location |
| | § | **285th District Court** |
| | § | Judicial Officer |
| | § | **285th, District Court** |
| | § | Filed on |
| | § | **11/12/2021** |

---

## Case Information

Case Type:   PREMISES

Case Status:   **11/12/2021   Pending**

---

## Assignment Information

**Current Case Assignment**

Case Number      2021CI23649
Court                  285th District Court
Date Assigned    11/12/2021
Judicial Officer   285th, District Court

---

## Party Information

*Lead Attorneys*

| Plaintiff | Harris, Renita | **PEREZ, DANIEL E** *Retained* |
|---|---|---|
| Defendant | **Wal-Mart Stores Texas, LLC** | **FLOYD, JAMES** *Retained* |

---

## Events and Orders of the Court

11/12/2021    New Cases Filed (OCA)

11/12/2021    PETITION

11/12/2021    **Citation**
              Wal-Mart Stores Texas, LLC
              Unserved

11/17/2021
AFFIDAVIT OF
   *Service - Wal-Mart Stores Texas, LLC, By Serving Registered Agent, CT Corporation System*

12/10/2021    ORIGINAL ANSWER OF
              *WAL-MART STORES TEXAS, LLC.*

12/10/2021    JURY DEMAND JURY FEE PAID